JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304

Attorneys for Plaintiff Lucy Gao

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ATHERTON FINANCIAL BUILDING, LLC<br><br>    Chapter 11 Debtor | Case No. 2:14-bk-27223-TD<br><br>Chapter 7<br><br>Adv. No. 2:14-ap-01024-TD<br><br>**UNILATERAL STATUS REPORT** |
| LUCY GAO,<br><br>    Plaintiff<br><br>v.<br><br>ATHERTON FINANCIAL BUILDING, LLC<br><br>    Defendant | **STATUS CONFERENCE DATE:**<br><br>Date: March 18, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 1345<br>       255 E. Temple Street<br>       Los Angeles, CA |

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE THOMAS DONOVAN:**

    Plaintiff LUCY GAO, hereby submits her unilateral status conference report in accordance with Local Bankruptcy Rule 7016-1(1)(b).

    The instant complaint was filed on January 20, 2015, seeking interpleader of estate funds in the approximate amount of $3,500,000. As soon as the complaint was filed, settlement discussions were commenced as between Ms. Gao, through her counsel and the defendant,

chapter 11 debtor ATHERTON FINANCIAL BUILDING, LLC., through its counsel. As a result of those discussions, the parties believed that the matter was resolved and filed a stipulation resolving the dispute in the main case [docket number 64, in case number 2:14-bk-27223-TD]. As a result, the instant complaint was not served and Ms. Gao expected to file a request for dismissal of the instant adversary case as soon as the Order approving the stipulation was entered.

However, on March 6, 2015, after the filing of a stipulation resolving the issues between Ms. Gao and the estate, Bank SinoPac, Los Angeles, claimed an interest in the funds at issue. The Debtor and Ms. Gao will therefore endeavor to resolve this issue as well prior to the status conference.

Respectfully submitted this 9th day of March, 2015.

By: _____
JEFFREY S. SHINBROT, ESQ
Attorneys for Plaintiff

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **UNILATERAL STATUS REPORT:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X   1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 9, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com;stephanie@lnbyb.com
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On (*date*) March 9, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**X   3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 9, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Thomas B. Donovan (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, Bin outside of Suite 1352
Los Angeles, CA 90012-3332

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 9, 2015 | Sandra Rodriguez | /s/ Sandra Rodriguez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**