1  Michael Gerard Fletcher (State Bar No. 70849)
   mfletcher@frandzel.com
2  Christopher D. Crowell (State Bar No. 253103)
   ccrowell@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard, Seventeenth Floor
4  Los Angeles, California 90048-4920
   Telephone: (323) 852-1000
5  Facsimile: (323) 651-2577

6  Attorneys for Party-in-Interest BANK SINOPAC
   LOS ANGELES BRANCH
7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:14-bk-27223-TD |
| ATHERTON FINANCIAL BUILDING LLC, | Chapter 11 |
| Debtor. | |
| LUCY GAO, | Adv. No. 2:15-ap-01024-TD |
| Plaintiff, | **BANK SINOPAC LOS ANGELES BRANCH'S UNILATERAL STATUS CONFERENCE STATEMENT** |
| v. | |
| ATHERTON FINANCIAL BUILDING LLC, | Status Conference: |
| Defendant. | Date: March 18, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 1345<br>255 East Temple Street<br>Los Angeles, California 90012 |

       TO: THE HONORABLE THOMAS DONOVAN, UNITED STATES BANKRUPTCY

JUDGE.

       This Court has exclusive jurisdiction over a $3.5 million fund ("Fund") now being held in the

Debtor's counsel's trust account, representing the remaining proceeds of the real property sale by

Atherton Financial Building, LLC ("Atherton" or "Debtor"), under 28 U.S.C. § 1334(e). Plaintiff

Lucy Gao ("Gao") commenced this adversary proceeding to protect her "100%" interest in that Fund

as the "Debtor's sole member." Gao also owes Bank SinoPac Los Angeles Branch ("Bank") over $2.8

1  million that is the subject of a separate pending state court action. And, last Friday Gao suddenly tried
2  to fraudulently transfer the entire Fund (exclusive of $50,000, which was to be transferred to Atherton
3  affiliate 544 San Antonio Road LLC) to an entity previously unknown to this Chapter 11 case via a
4  stipulation with the Debtor.

5    The Bank submits this Unilateral Status Conference Statement to inform the Court that the
6  Bank intends to protect its rights to the Fund by filing either a motion to intervene in this adversary
7  proceeding or a new adversary proceeding in this bankruptcy case as soon as possible. The Bank thus
8  requests that the Court continue the adversary proceeding status conference to permit the Bank a
9  reasonable opportunity to take action to protect its interests.

## RELEVANT FACTUAL BACKGROUND

11    As set forth in more detail in the Bank's Objection to Stipulation Directing Disposition of Sale
12  Proceeds and Dismissal of Case filed in the bankruptcy case on March 8, 2015 (ECF No. 65), the
13  Bank holds an approximately $2.8 million claim against Lucy Gao ("Gao") based on her guaranty of
14  Liberty CMC Corporation's indebtedness to the Bank. The Bank has taken Gao's default in a
15  collections action pending before the Los Angeles County Superior Court (L.A.C.S.C. Case No.
16  VC064502) and has filed the necessary paperwork to obtain a default judgment against Gao.

17    Through this adversary proceeding, Gao tried to stop the Debtor from improperly disbursing
18  the Fund to anyone other than her, as the owner of 100% of the Debtor. Gao sought (among other
19  things) a declaratory judgment that she owns Atherton and that Atherton's remaining Fund must
20  therefore be transferred to her. However, in a dramatic change in position, Atherton and Gao have
21  now entered into a Stipulation Directing Disposition of Sale Proceeds and Dismissal of Case (Dkt. No.
22  64) ("Stipulation"), whereby Atherton and Gao have agreed that Atherton's remaining Fund will be
23  transferred instead to Atherton's affiliate 544 San Antonio Road LLC and PA One, LLC, a total
24  stranger to this proceeding.[1] The Bank had no knowledge of the Stipulation before Atherton and Gao
25  filed the Stipulation in the bankruptcy case on Friday, March 6, 2015. The Bank has already objected

---

[1] There is not a single reference in the filings in this bankruptcy proceeding, anywhere, to PA One, LLC. It is an utter stranger to Atherton, this estate, and the Bank.

1772000.2 | 100158-0032

2

1 to the Court's approval of the Stipulation.

2  The Bank asserts that Gao through the Stipulation is attempting to fraudulently transfer Atherton's remaining $3.5 million Fund, and her entitlement to such Fund, so as to place them beyond the Bank's reach, in a transfer of the Fund to an entity that is likely an *alter ego* of Gao and of the Debtor.

6  WHEREFORE, the Bank respectfully requests that the Court continue the status conference for a reasonable time to permit the Bank to file either a motion to intervene in this adversary proceeding, or a new adversary proceeding in this bankruptcy case.

DATED: March 11, 2015

FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
CHRISTOPHER D. CROWELL

By:/s/ Christopher D. Crowell
    CHRISTOPHER D. CROWELL
    Attorneys for BANC SINOPAC LOS ANGELES BRANCH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920.

A true and correct copy of the foregoing document entitled (*specify*): **BANK SINOPAC LOS ANGELES BRANCH'S UNILATERAL STATUS CONFERENCE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 11, 2015 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David B Golubehik dbg@lnbyb,corn, dbg@ecfinforuptcy.com;stephanie@lnbyb.corn
- Jeffrey S Kwong jsk@inbyb.com, jsk@ecf inforuptcy.com
- United States Trustee (LA) ustpregion16.1a.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 11, 2015 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Atherton Financial Building LLC**
3592 Rosemead Blvd., Suite 325
Rosemead, CA 91770
*Debtor*

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 11, 2015 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Thomas B. Donovan
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012-3332

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 11, 2015 | David T. Moore | *[signature: David T. Moore]* |
|---|---|---|
| Date | Printed Name | Signature |

1762989.1   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE