JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304

Attorneys for Plaintiff
Lucy Gao

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| ATHERTON FINANCIAL BUILDING, LLC<br><br>Chapter 11 Debtor,<br><br>LUCY GAO,<br><br>Plaintiff,<br><br>Adv.<br><br>ATHERTON FINANCIAL BUILDING, LLC, and Does 1 – 10, inclusive.<br><br>Defendant(s). | Bankruptcy Case No:2:14-bk-27223-TD<br><br>Chapter 11<br><br>Adversary Case Number:2:15-ap-01024-TD<br><br>**REQUEST FOR DISMISSAL OF ADVERSARY COMPLAINT WITHOUT PREJUDICE** |

**COMES NOW**, Plaintiff Lucy Gao, whose complaint, bearing adversary number 2:15-ap-01024-TD (the "Complaint") was filed but not served, and no response thereto having been filed, hereby respectfully requests that the Court dismiss the Complaint without prejudice.

Dated: March 30, 2015                JEFFREY S. SHINBROT, APLC


By: _____
JEFFREY S. SHINBROT, ESQ.
Counsel for Plaintiff

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR DISMISSAL OF ADVERSARY COMPLAINT WITHOUT PREJUDICE:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X   1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 30, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Christopher D Crowell    ccrowell@frandzel.com, efiling@frandzel.com,dmoore@frandzel.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com;stephanie@lnbyb.com
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On (*date*) March 30, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**X   3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 30, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Thomas B. Donovan (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, Bin outside of Suite 1352
Los Angeles, CA 90012-3332

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 30, 2015 | Sandra Rodriguez | /s/ Sandra Rodriguez |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**