| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA 90211<br>(310)659-5444<br>(310)878-8304 Fax<br>jeffrey@shinbrotfirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*  Plaintiff Lucy Gao | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>ATHERTON FINANCIAL BUILDING, LLC<br><br>                                              Debtor(s). | CASE NO.: 2:14-bk-27223-TD<br>CHAPTER: 11<br>ADVERSARY NO.: 2:15-ap-01024-TD |
|---|---|
| LUCY GAO,<br><br>                                              Plaintiff(s),<br>vs.<br>ATHERTON FINANCIAL BUILDING, LLC, and Does 1-10, inclusive<br><br>                                              Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** *(title of motion[1])*: REQUEST FOR DISMISSAL OF ADVERSARY COMPLAINT WITHOUT PREJUDICE |

PLEASE TAKE NOTE that the order or judgment titled ORDER DISMISSING ADVERSARY COMPLAINT WITHOUT PREJUDICE
was lodged on *(date)* 03/30/2015 and is attached. This order relates to the motion which is docket number 12 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 1                       **F 9021-1.2.ADV.NOTICE.LODGMENT**



**Adversary LODGED ORDER UPLOAD FORM**

Monday, March 30, 2015

CONFIRMATION :

Your Lodged Order Info:
( **567363.doc** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Gao v. Atherton Financial Building LLC
- **Case Number**: 15-01024
- **Judge Initial**: TD
- **Case Type**: ap ( Adversary )
- **Document Number**: 12
- **On Date**: 03/30/2015 @ 03:07 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

1  JEFFREY S. SHINBROT, ESQ. (SBN 155486)
   jeffrey@shinbrotfirm.com
2  JEFFREY S. SHINBROT, APLC
   8200 Wilshire Boulevard, Suite 400
3  Beverly Hills, California 90211
   Telephone: (310) 659-5444
4  Fax: (310) 878-8304

5

   Attorneys for Plaintiff
6  Lucy Gao

7

8              UNITED STATES BANKRUPTCY COURT

9     CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

10

| 11 | ATHERTON FINANCIAL BUILDING, LLC | Bankruptcy Case No:2:14-bk-27223-TD |
|---|---|---|
| 12 | | Chapter 11 |
| 13 | Chapter 11 Debtor, | Adversary Case Number:2:15-ap-01024-TD |
| 14 | LUCY GAO, | **ORDER DISMISSING ADVERSARY COMPLAINT WITHOUT PREJUDICE** |
| 15 | Plaintiff, | |
| 16 | | |
| 17 | Adv. | |
| 18 | ATHERTON FINANCIAL BUILDING, LLC, and Does 1 – 10, inclusive. | |
| 19 | Defendant(s). | |

   The Court having considered Plaintiff Lucy Gao's Request for Dismissal [at docket number 12] hereby Orders that the adversary case captioned above is dismissed without prejudice.

   **IT IS SO ORDERED.**

                              *****

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __03/30/2015__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Christopher D Crowell    ccrowell@frandzel.com, efiling@frandzel.com,dmoore@frandzel.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com;stephanie@lnbyb.com
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) __03/30/2015__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Thomas B. Donovan (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, Bin outside of Suite 1352
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/30/2015 | Sandra Rodriguez | /s/ Sandra Rodriguez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.ADV.NOTICE.LODGMENT