JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304

Attorneys for Plaintiff
Lucy Gao

**FILED & ENTERED**

**APR 01 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| ATHERTON FINANCIAL BUILDING, LLC,<br><br>            Chapter 11 Debtor, | Bankruptcy Case No:2:14-bk-27223-TD<br><br>Chapter 11<br><br>Adversary Case Number:2:15-ap-01024-TD |
| LUCY GAO,<br><br>            Plaintiff,<br><br>v.<br><br>ATHERTON FINANCIAL BUILDING, LLC, and Does 1 – 10, inclusive.<br><br>            Defendant(s). | **ORDER DISMISSING ADVERSARY COMPLAINT WITHOUT PREJUDICE** |

1 | The Court having considered Plaintiff Lucy Gao's Request for Dismissal [at docket number 12] hereby Orders that the adversary case captioned above is dismissed without prejudice.

**IT IS SO ORDERED**.

### 

Date: April 1, 2015

Thomas B. Donovan
United States Bankruptcy Judge